ORIGINAL

1  JAN EDWARD RONIS
   ATTORNEY AT LAW
2  *California State Bar No.* 51450
   105 West "F" Street, Third Floor
3  San Diego, California 92101-6036
   Telephone: (619) 236-8344
4
5  Attorney for Defendant
   GAYTAN-RAMIREZ

FILED

06 SEP -1  AM 11: 42

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:                    DEPUTY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE DANA M. SABRAW, JUDGE)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 05cr1660 |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING AND ORDER THEREON |
| v. | |
| HECTOR DAVID GAYTAN-RAMIREZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED and agreed, by and between the defendant, HECTOR DAVID GAYTAN-RAMIREZ, by and through his attorney, Jan E. Ronis, and the plaintiff, UNITED STATES OF AMERICA, through its counsel, Carol C. Lam, United States Attorney, and MICHELLE P. JENNINGS, Assistant United States Attorney, to continue the sentencing date of defendant Hector Gaytan-Ramirez in the above-entitled case before the Honorable Dana M. Sabraw, United States District Court Judge, from Thursday, August 31, 2006 at 9:00 a.m. to Friday, September 22, 2006 at 9:00 a.m.

The reason for this request is based on the following good cause: The defense needs additional time to prepare for sentencing.



1  Stipulation Re: Continuance of Sentencing Hearing and Order Thereon
   *U.S.A. v* Gaytan-Ramirez, Case No. 05cr1660
2  ===============================================================

3       The parties hereby stipulate and agree to the foregoing:

4       **SO STIPULATED AND AGREED.**

5  Dated: 8/29/06

                                    JAN EDWARD RONIS
6                                   Attorney for Defendant Gaytan-Ramirez

7

8  Dated: 8/29/06                   UNITED STATES OF AMERICA

9

10                                  MICHELLE P. JENNINGS
11                                  Assistant United States Attorney

12

13              **O R D E R**

14      IT IS HEREBY ORDERED, based upon the foregoing stipulation and good cause shown,
15  that the sentencing date of defendant HECTOR DAVID GAYTAN-RAMIREZ in the above-
16  entitled case be and is hereby continued from Thursday, August 31, 2006 at 9:00 a.m. to Friday,
17  September 22, 2006 at 9:00 a.m.

18      **SO ORDERED.**

19

20  Dated: 8-30-06
                                    HONORABLE DANA M. SABRAW
21                                  United States District Court Judge